**IT IS ORDERED as set forth below:**

**Date: February 6, 2023**

**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| GIRISH JASHVANTRAI MODI, | Case No. 22-58929-WLH |
| DEBTOR. | |

**ORDER DENYING EMERGENCY RENEWED MOTION FOR CONTINUANCE OF BANKRUPTCY PROCEEDING**

**THIS MATTER** is before the Court on Debtor's Emergency Renewed Motion for Continuance of Bankruptcy Proceeding (Doc. No. 29) (the "Motion"). Debtor filed for Chapter 13 bankruptcy relief on November 3, 2022. On December 23, 2022, Debtor filed an Emergency Motion for Continuation of Bankruptcy Proceeding (Doc. No. 25) seeking to "suspend" his bankruptcy case pending outcome of proceedings in Cobb County Superior Court and any appeals

therefrom. The Court set the matter for hearing on January 25, 2023, but Debtor requested the Court rule based on the pleadings. The Court reviewed the request to "suspend" the case and found Bankruptcy Rule 8007 was not applicable and Debtor had not demonstrated extraordinary circumstances to warrant the suspension of his bankruptcy case pursuant to 11 U.S.C. § 305(a). Accordingly, on January 12, 2023, the Court entered an order denying Debtor's suspension request (Doc. No. 27).

On January 17, 2023, Debtor filed a request to convert his Chapter 13 bankruptcy case to one under Chapter 7 (Doc. No. 30), and his case was converted. That same day, Debtor filed the Motion. Debtor again asks the Court to "suspend" his bankruptcy proceedings pending resolution of state court litigation. As the Court previously stated, suspension of a properly filed bankruptcy case is an extraordinary remedy that should be applied with extreme caution, In re Dzierzawski, 528 B.R. 397, 405 (Bankr. E.D. Mich. 2015), and pending litigation in another forum is generally not sufficient grounds for a suspension. See Efron 529 B.R. 396.

Debtor voluntarily filed bankruptcy, and he has enjoyed and wishes to continue to enjoy the benefits of filing, including the automatic stay. Debtor has requested to convert his case, and it is proceeding as a Chapter 7 case. The purpose of a Chapter 7 bankruptcy is to allow a trustee to investigate the assets and liabilities of the debtor, collect any assets which have value over and above the amount of any debts secured by the assets, and liquidate those assets and make distributions to creditors. In re HRN Grp., LLC, 2019 WL 6045478, at *1 (Bankr. N.D. Ga. Nov. 13, 2019). A chapter 7 case "must be administered to maximize and expedite dividends to creditors." In re Ali Virani, 2017 WL 5564092, at *5 (Bankr. N.D. Ga. Nov. 16, 2017) (citing The Handbook for Chapter 7 Panel Trustees, Department of Justice (Oct. 1, 2012)). Suspending the case would allow Debtor to enjoy the protections associated with being a debtor in bankruptcy to

the detriment of his creditors and would frustrate the purposes of Chapter 7 bankruptcy. Debtor cannot participate in the bankruptcy proceedings only to the extent convenient for him. In re Fiorillo, 455 B.R. 297, 311 (D. Mass. 2011). Having read and considered the Motion, the Court finds Debtor has not established grounds to suspend the bankruptcy case he voluntarily filed.

Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

**END OF DOCUMENT**

**Distribution List**

Girish Jashvantrai Modi
3224 River Mist Cove
Decatur, GA 30034

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:
Girish Jashvantrai Modi,
Debtor

Case No. 22-58929-wlh
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Feb 06, 2023 Form ID: pdf431 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| db | + | Email/PDF: girish39@yahoo.com | Feb 06 2023 20:16:00 | Girish Jashvantrai Modi, 3224 River Mist Cove, Decatur, GA 30034-4898 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Leo Kogan | on behalf of Creditor India-American Cultural Association lkogan@fmglaw.com nweber@fmglaw.com |
| Neil C. Gordon | aford@taylorenglish.com ecf.alert+Gordon@titlexi.com;pbicknell@taylorenglish.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 3